**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                                  Case No. 2:12-mc-51145
                                                                               Hon. Patrick J. Duggan
HASSAN NASRALLAH,                                                 Magistrate Judge Mark A. Randon

        Defendant,
and

STATE OF MICHIGAN,
DEPARTMENT OF TREASURY,
INCOME TAX DIVISION,

        Garnishee.
_____/

## GARNISHEE ORDER TO PAY

This matter having come before the Court upon the application of the United States for a Writ of Garnishment, the Writ having been issued and served, an objection having been filed by HASSAN NASRALLAH, and the Court having held a hearing, now therefore

IT IS HEREBY ORDERED that the objections to the writ of garnishment are **DENIED**;

IT IS ORDERED that 100% of Hassan Nasrallah's State of Michigan Income Tax Refunds shall be subject to this writ of garnishment;

IT IS ORDERED that the State of Michigan Department of Treasury Income Tax Division shall remit the funds due HASSAN NASRALLAH, SSN XXX-XX-1407 to the Clerk of the Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette, 5th Floor, Detroit, MI 48226; and

IT IS ORDERED that the Clerk of the Court shall disburse said funds in accordance with the provisions in case number 03CR80107-01; and

IT IS ORDERED that this garnishment shall remain in effect until such time as the debt in case number 03CR80107-01 is paid in full, the Garnishee Defendant does not have custody or control of any assets belonging to or due HASSAN NASRALLAH or further order of the Court.

Dated:  October 24, 2012

s/Mark A. Randon
MARK A. RANDON
UNITED STATES MAGISTRATE JUDGE

*Certificate of Service*

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, October 24, 2012, by electronic and/or first class U.S. mail.*

*s/Melody R. Miles*
*Case Manager to Magistrate Judge Mark A. Randon*
*(313) 234-5540*