**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

              Plaintiff,

v                                    Case No. 2:12-mc-51145

                                    Hon. Patrick J. Duggan

HASSAN NASRALLAH,              Magistrate Judge Mark A. Randon

              Defendant,

and

STATE OF MICHIGAN,
DEPARTMENT OF TREASURY,
INCOME TAX DIVISION,

              Garnishee.

_____/

## <u>GARNISHEE ORDER TO PAY</u>

      This matter having come before the Court upon the application of the United States for a Writ of Garnishment, the Writ having been issued and served, an objection having been filed by HASSAN NASRALLAH, and the Court having held a hearing, now therefore

      IT IS HEREBY ORDERED that the objections to the writ of garnishment are **DENIED**;

      IT IS ORDERED that 100% of Hassan Nasrallah's State of Michigan Income Tax Refunds shall be subject to this writ of garnishment;

      IT IS ORDERED that the State of Michigan Department of Treasury Income Tax Division shall remit the funds due HASSAN NASRALLAH, SSN XXX-XX-1407  to the Clerk of the Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette, 5th Floor, Detroit, MI 48226; and

      IT IS ORDERED that the Clerk of the Court shall disburse said funds in accordance with the provisions in case number 03CR80107-01; and

IT IS ORDERED that this garnishment shall remain in effect until such time as the debt in case number 03CR80107-01 is paid in full, the Garnishee Defendant does not have custody or control of any assets belonging to or due HASSAN NASRALLAH or further order of the Court.


s/Mark A. Randon
MARK A. RANDON
UNITED STATES MAGISTRATE JUDGE

Dated:  October 24, 2012


<u>Certificate of Service</u>

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, October 24, 2012, by electronic and/or first class U.S. mail.*

s/Melody R. Miles
*Case Manager to Magistrate Judge Mark A. Randon*
*(313) 234-5540*